# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| - v.- | ) | Civil Case No. H-06-3335 |
| | ) | |
| 2121 KIRBY DRIVE, UNIT 33, | ) | |
| HOUSTON, TX, | ) | |
| | ) | |
| ASSETS OF KLL & LPL | ) | |
| INVESTMENTS, LTD., | ) | |
| | ) | |
| $22,680 in BANK OF AMERICA | ) | |
| ACCOUNT No. 0026-6253-0707, | ) | |
| | ) | |
| Defendants. | ) | |

## UNOPPOSED ORDER TO SEAL

1.      The Unopposed Motion To File Under Seal Stipulated Consent Judgment and Final Order of Forfeiture filed by Linda P. Lay is **Granted**.

2.      It is further **Ordered** that this Motion and Order, as well as the Stipulated Consent Judgment and Final Order of Forfeiture filed in this action on April 26, 2013, shall be **Sealed** until the Court enters the Stipulated Consent Judgment and Final Order of Forfeiture.

3.      It is further **Ordered** that the Stipulated Consent Judgment and Final Order of Forfeiture, the settlement agreement, and all other related filings that are currently under seal in this action shall be **Unsealed** following the Court's entry of the Stipulated Consent Judgment and Final Order of Forfeiture.

SIGNED on this the 29th day of April, 2013.

_____
EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE